**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| In re:  BRIDLE PATH, LLC | § Case No. 8:15-bk-10597-CPM |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Stephen L. Meininger, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $0.00                     Assets Exempt:  N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $11,832.24      Claims Discharged
                                                 Without Payment: N/A

Total Expenses of Administration: $13,167.76

---

3) Total gross receipts of $     25,000.00    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00    (see **Exhibit 2**), yielded net receipts of $25,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 13,167.76 | 13,167.76 | 13,167.76 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 3,600.00 | 300.00 | 300.00 | 300.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 192,550.00 | 8,292,760.67 | 8,243,666.33 | 11,532.24 |
| **TOTAL DISBURSEMENTS** | $196,150.00 | $8,306,228.43 | $8,257,134.09 | $25,000.00 |

4) This case was originally filed under Chapter 7 on October 20, 2015. The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/18/2018          By: /s/Stephen L. Meininger
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| EMINENT DOMAIN LAWSUIT 11-CA-5465/14-CA-5264 | 1129-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$25,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Stephen L. Meininger | 2100-000 | N/A | 3,250.00 | 3,250.00 | 3,250.00 |
| Trustee Expenses - Stephen L. Meininger | 2200-000 | N/A | 56.50 | 56.50 | 56.50 |
| Other - Allan C. Watkins, Esq. | 3210-000 | N/A | 9,607.50 | 9,607.50 | 9,607.50 |
| Other - Allan C. Watkins, Esq. | 3220-000 | N/A | 98.34 | 98.34 | 98.34 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.78 | 10.78 | 10.78 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 35.94 | 35.94 | 35.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.69 | 34.69 | 34.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 39.42 | 39.42 | 39.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.59 | 34.59 | 34.59 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $13,167.76 | $13,167.76 | $13,167.76 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6P | State of Florida - Department of Revenue | 5800-000 | N/A | 300.00 | 300.00 | 300.00 |
| NOTFILED | State of FL - Dept. of Rev. | 5200-000 | 3,600.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $3,600.00 | $300.00 | $300.00 | $300.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Freeborn & Peters LLP | 7100-000 | N/A | 101,786.16 | 101,786.16 | 145.61 |
| 2 | GRAY ROBINSON | 7100-000 | N/A | 49,094.34 | 0.00 | 0.00 |
| 3 | Interstar Investments, LLC d/b/a Interstar Lending | 7100-000 | N/A | 1,749,216.56 | 1,749,216.56 | 2,502.29 |
| 4 | AHIFO-18 | 7100-000 | N/A | 6,210,569.00 | 6,210,569.00 | 8,884.34 |
| 5 | Morgan & Morgan, PA | 7200-000 | N/A | 178,794.61 | 178,794.61 | 0.00 |
| 6U | State of Florida - Department of Revenue | 7400-000 | N/A | 3,300.00 | 3,300.00 | 0.00 |
| NOTFILED | KENT WALHBERG CPA | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | HANK FISHKIND AND ASSOC | 7100-000 | 11,900.00 | N/A | N/A | 0.00 |
| NOTFILED | LAVELLE LAW | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | PAUL WILLES | 7100-000 | 3,650.00 | N/A | N/A | 0.00 |
| NOTFILED | MORGAN AND MORGAN | 7100-000 | 25,000.00 | N/A | N/A | 0.00 |
| NOTFILED | ROMA MOZDZER | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | PERRY GRUMAN | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | GRAY ROBINSON | 7100-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Fowler White, et al | 7100-000 | 25,000.00 | N/A | N/A | 0.00 |
| NOTFILED | DARIO DIAZ DAVID SHARPE ESQ. | 7100-000 | 70,000.00 | N/A | N/A | 0.00 |
| NOTFILED | FREEBORN PETERS | 7100-000 | 25,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $192,550.00 | $8,292,760.67 | $8,243,666.33 | $11,532.24 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:15-bk-10597-CPM  
**Case Name:** BRIDLE PATH, LLC  

**Trustee:** (290380) Stephen L. Meininger  
**Filed (f) or Converted (c):** 10/20/15 (f)  
**§341(a) Meeting Date:** 11/19/15  

**Period Ending:** 04/18/18  

**Claims Bar Date:** 02/17/16  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   WELLS FARGO BANK CHECKING | 0.00 | 0.00 | | 0.00 | FA |
| 2   EMINENT DOMAIN LAWSUIT<br>11-CA-5465/14-CA-5264<br>  Order Granting Motion entered 4/22/16  (See Footnote) | 2,000,000.00 | 2,000,000.00 | | 25,000.00 | FA |
| 2   Assets   Totals (Excluding unknown values) | **$2,000,000.00** | **$2,000,000.00** | | **$25,000.00** | **$0.00** |

RE PROP# 2    The estate will recieve $25,000.00 upon the payment of additonal proceeds from the Wekiva Highway  
Authority for the taking of 11 acres of the Debtor's property.

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    February 28, 2017    **Current Projected Date Of Final Report (TFR):**    October 27, 2017  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 8:15-bk-10597-CPM | Trustee: | Stephen L. Meininger (290380) |
|---|---|---|---|
| Case Name: | BRIDLE PATH, LLC | Bank Name: | Rabobank, N.A. |
| | | Account: | ******7666 - Checking Account |
| Taxpayer ID #: | **-***2182 | Blanket Bond: | $26,930,000.00  (per case limit) |
| Period Ending: | 04/18/18 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---:|---:|---:|
| 05/19/17 | {2} | ORANGE COUNTY CLERK OF COURTS FINANCIAL SERVICES DIV. | Order On Motion To Compromise entered on 4/22/17 | 1129-000 | 25,000.00 | | 25,000.00 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.78 | 24,989.22 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.94 | 24,953.28 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.69 | 24,918.59 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.42 | 24,879.17 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.59 | 24,844.58 |
| 01/16/18 | 101 | Allan C. Watkins, Esq. | Dividend paid 100.00% on $9,607.50, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 9,607.50 | 15,237.08 |
| 01/16/18 | 102 | Allan C. Watkins, Esq. | Dividend paid 100.00% on $98.34, Attorney for Trustee Expenses (Other Firm);  Reference: | 3220-000 | | 98.34 | 15,138.74 |
| 01/16/18 | 103 | Stephen L. Meininger | Dividend paid 100.00% on $3,250.00, Trustee Compensation;  Reference: | 2100-000 | | 3,250.00 | 11,888.74 |
| 01/16/18 | 104 | Stephen L. Meininger | Dividend paid 100.00% on $56.50, Trustee Expenses;  Reference: | 2200-000 | | 56.50 | 11,832.24 |
| 01/16/18 | 105 | State of Florida - Department of Revenue | Claim# 6P; | 5800-000 | | 300.00 | 11,532.24 |
| 01/16/18 | 106 | Freeborn & Peters LLP | Claim# 1; | 7100-000 | | 145.61 | 11,386.63 |
| 01/16/18 | 107 | Interstar Investments, LLC d/b/a Interstar Lending | Claim# 3; | 7100-000 | | 2,502.29 | 8,884.34 |
| 01/16/18 | 108 | AHIFO-18 | Claim# 4; | 7100-000 | | 8,884.34 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 25,000.00 | 25,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 25,000.00 | 25,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $25,000.00 | $25,000.00 | |

| Net Receipts : | 25,000.00 |
|---|---:|
| Net Estate : | $25,000.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| Checking # ******7666 | 25,000.00 | 25,000.00 | 0.00 |
| | $25,000.00 | $25,000.00 | $0.00 |

{} Asset reference(s)